R. Brian Tanner, U.S. Attorney Service—Southern District of Georgia, U.S. Attorney's Office, Savannah, GA, for Plaintiff-Appellee

Jason Monroe Tate, Roberts Tate, LLC, St Simons Island, GA, for Defendant-Appellant

Before MARTIN, JULIE CARNES, and JILL PRYOR, Circuit Judges.

PER CURIAM:

Jamar Bradley appeals the 215-month sentence he received after pleading guilty to conspiracy to possess with intent to distribute a controlled substance. As part of his written plea agreement, Bradley agreed to a sentence appeal waiver. Bradley signed the waiver, and the district court specifically questioned him about it during his plea colloquy. Bradley acknowledges this waiver, but asserts that he is excepted from its enforcement.

None of the exceptions provided for in the plea agreement apply. Bradley was not sentenced above the statutory maximum or outside the guidelines range, and the government did not appeal. And this is not one of those extreme circumstances that allow an appeal to proceed notwithstanding a waiver. See United States v. Bushert, 997 F.2d 1343, 1350 & n.17 (11th Cir. 1993). As a result, Bradley's sentence appeal waiver is enforceable. See id. at 1350–51 (holding that sentence appeal waiver will be enforced if it was made knowingly and voluntarily); see also United States v. Grinard-Henry, 399 F.3d 1294, 1296 (11th Cir. 2005) (per curiam) (holding that waiver of the right to appeal "includes the waiver of the right to appeal difficult or debatable legal issues or even blatant error"). The government's motion to dismiss this appeal pursuant to the appeal waiver in Bradley's plea agreement is **GRANTED.**

**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Deandrick Keyon BACON,**
**Defendant-Appellant.**

**No. 17-11106**
**Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(October 26, 2017)

Holly Lynn Gershow, Arthur Lee Bentley, III, W. Stephen Muldrow, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

Meghan Ann Collins, Rosemary Cakmis, Federal Public Defender's Office, Orlando, FL, Irina Hughes, Federal Public Defender's Office, Tampa, FL, for Defendant-Appellant

Deandrick Keyon Bacon, Pro Se

Before WILSON, JORDAN and ROSENBAUM, Circuit Judges.

PER CURIAM:

Donna Lee Elm, appointed counsel for Deandrick Bacon in this appeal of the revocation of his supervised release and resulting sentence, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bacon's revocation of supervised release and sentence are **AFFIRMED**.